**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 26-143-DLB-CJS**

**SHANIA R. COX** **PLAINTIFF**

**v.** **<u>JUDGMENT</u>**

**BOONE COUNTY SCHOOL BOARD, et al.** **DEFENDANTS**

* * * * * * * * * * * * * * * *

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, **IT IS ORDERED AND ADJUDGED** as follows:

(1) Defendants' Motion to Dismiss (Doc. # 6) is **GRANTED**;

(2) Plaintiff's Complaint (Doc. # 1-1) is **DISMISSED**;

(3) **Judgment** entered on behalf of **Defendants**; and

(4) This action is **STRICKEN** from the Court's active docket.

This 17th day of August, 2026.

**Signed By:**
***<u>David L. Bunning</u>*** DB
**Chief United States District Judge**

G:Judge-DLB\DATA\ORDERS\Cov2026\26-143 Judgment re MTD.docx